**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANGELO LAMONT MITCHELL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66079

**FILED**

AUG 2 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a petition for a declaratory judgment filed in a criminal case. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned petition filed in a criminal case, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

14-27499

cc: Hon. Elissa F. Cadish, District Judge
Deangelo Lamont Mitchell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk